## THE CITY OF NEWARK, APPELLANT, v. CIVIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY ET AL., RESPONDENTS.

Submitted October 26, 1934—Decided January 10, 1935.

For the appellant, *Frank A. Boettner.*

For the respondents, *David T. Wilentz,* attorney-general, and *Charles Handler.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.